IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM W. YORK | ) |
| | ) |
| v. | ) NO. 3-08-1093 |
| | ) JUDGE CAMPBELL |
| TENNESSEE BOARD OF PROBATION | ) |
| AND PAROLE, et al. | ) |

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 45), Objections filed by the Plaintiff (Docket Nos. 49-51), and a Reply filed by the Defendants (Docket No. 52).

The Court has reviewed the Report and Recommendation, the Objections,[1] and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion for Summary Judgment (Docket no. 29) is GRANTED, and this action is DISMISSED. Any pending Motions are DENIED as moot, and the Clerk is directed to close this file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] Although they were untimely filed, the Court has considered Plaintiff's documents filed August 27, 2010, in opposition to Defendants' Motion for Summary Judgment.